IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDWIN M. NNOROM | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:24-CV-00004 |
| THOMAS CLIFFORD WHITE, JANIE | § | JUDGE MICHAEL J. TRUNCALE |
| SEXTON, AND ALLSTATE PROPERTY | § | |
| AND CASUALTY INSURANCE | § | |
| COMPANY | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 15]. The Parties advise that they have reached an agreement to resolve all claims and causes of action against the remaining Defendants in this matter.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions not previously ruled on are **DENIED AS MOOT**.

**SIGNED this 22nd day of July, 2024.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge